**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7128

WILLIAM B. CHAPPIE,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Richard Mark Gergel, District
Judge.  (8:13-cv-01790-RMG)

Submitted:  October 21, 2014        Decided:  October 24, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William B. Chappie, Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William B. Chappie appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the United States of America. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Chappie v. United States</u>, No. 8:13-cv-01790-RMG (D.S.C. July 21, 2014). We deny Chappie's motion for summary disposition and remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>